IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO MARTINEZ, RICHARD FRANKE, and IRENE MOY, both individually and on behalf of all other similarly situated persons,<br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BLOOMBERG L.P.,<br><br>　　Defendant. | Case No.:17-cv-04555 |

## NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

For the reasons set forth in the Parties' Memorandum of Law in Support of the Joint Motion for Preliminary Approval of the Settlement, Provisional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel ss Class Counsel, and Approval of Proposed Notice of Settlement; and in the Declaration of Dan Getman and supporting documents, the Parties respectfully request that the Court enter an Order:

1. Granting preliminary approval of the Settlement as memorialized in the Parties' Settlement Agreement, attached as Exhibit 1 to the Declaration of Dan Getman in support of this motion and entering the Preliminary Approval Order, in the form attached as Exhibit C to the Settlement Agreement;

2. Granting Plaintiffs' request to provisionally certify the proposed settlement class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process;

3. Appointing Getman, Sweeney & Dunn, PLLC as Class Counsel ("Class Counsel")

4. Granting the Parties' request to include all Class Members (with the exception of those who timely Opt-Out) as Qualified Class Members subject to the terms of the Settlement Agreement;

5. Scheduling the Final Fairness Hearing;

6. Approving the Settlement Forms, attached as Exhibits A and F to the Settlement Agreement, and manner of notice;

7. Approving SSI as Settlement Administrator; and

8. Approving Make the Road New York and The Consortium for Worker Education as the cy pres recipients.

The Parties have contemporaneously submitted a Proposed Order, attached to the Settlement Agreement as Exhibit C, for the Court's convenience.

Dated: September 27, 2019

Respectfully Submitted,

*/s/Dan Getman*
GETMAN, SWEENEY & DUNN, PLLC
Dan Getman
260 Fair Street
Kingston, NY 12401
(845) 255-9370
dgetman@getmansweeney.com

*Counsel for Plaintiffs*

*/s/ Terri L. Chase*
JONES DAY
Terri L. Chase
250 Vesey Street
New York, New York 10281
(212) 326-3939
tlchase@jonesday.com

*Counsel for Defendant*