IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO MARTINEZ, RICHARD FRANKE, IRENE MOY, and NICOLE WOODS both individually and on behalf of all other similarly situated persons,<br><br>                **Plaintiffs,**<br><br>   v.<br><br>BLOOMBERG L.P.,<br>                **Defendant.** | Case No.:17-cv-04555 |

**NOTICE OF JOINT MOTION FOR FINAL
APPROVAL OF CLASS SETTLEMENT AND DISMISSAL**

For the reasons set forth in the Parties' Memorandum of Law in Support of the Joint Motion for Final Approval of Class Settlement and the Declaration of Dan Getman and supporting documents, the Parties respectfully request that the Court grant final approval of the Settlement Agreement, and:

1) grant final certification of the class for the purposes of settlement pursuant to federal and applicable state laws;

2) rule that the Settlement Agreement is fair, reasonable, and adequate, and binding on all Qualified Class Members (as such term is defined in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Dan Getman in support of this motion);

3) enter final judgment in a form agreed to by the Parties in accordance with the Settlement Agreement;

4) dismiss the litigation with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement;

1

5) order that Defendant transfer all funds due to the Qualified Settlement Fund in the timeframe specified by the Settlement Agreement;

6) order that the Settlement Administrator distribute Settlement Checks from the Qualified Settlement Fund per the Settlement Agreement timing requirements, make all necessary tax reporting and withholding; and

7) order that the amount of any Settlement Checks that remain uncashed at the end of the Payout Period (or after the date until which any subsequent or replacement checks remain payable, whichever is later) and that are not used to fund the Errors and Omissions Fund will be paid equally to the Cy Pres Recipients described herein.

The Parties have attached a Proposed Order and a Proposed Final Judgment hereto.

Dated: January 22, 2020.

Respectfully Submitted,

*/s/ Dan Getman*
GETMAN, SWEENEY & DUNN, PLLC
Dan Getman
Lesley Tse
Artemio Guerra
Meagan Rafferty
260 Fair Street
Kingston, NY 12401
(845) 255-9370
dgetman@getmansweeney.com

*Counsel for Plaintiffs*